1  Matthew A. Rosenthal (SBN 279334)
   matt@westgatelaw.com
2  Westgate Law
   15760 Ventura Blvd, Suite 880
3  Los Angeles, CA  91436
   Tel: (818) 200-1497
4  Fax: (818) 869-2208
   Attorneys for Plaintiff,
5  SHANE PFANNENSTIEL

6

**IN THE UNITED STATES DISTRICT COURT**
7  **CENTRAL DISTRICT OF CALIFORNIA**
   **WESTERN DIVISION**
8

9

10  SHANE PFANNENSTIEL,            )   **Case No.: 2:16-cv-347**
                                   )
                                   )   **NOTICE OF SETTLEMENT**
11            Plaintiff,           )
                                   )
12        v.                       )
                                   )
13                                 )
    DENT-A-MED, INC. an Oklahoma   )
14  Corporation d/b/a HC PROCESSING)
    CENTER                         )
15                                 )
              Defendant.           )
16

17
        NOW COMES Plaintiff, SHANE PFANNENSTIEL, through his attorneys, WESTGATE
18
   LAW, and hereby notifies this Court that a settlement of the present matter has been reached and
19
   is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the
20
   next sixty (60) days.
21
        Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently
22
   scheduled for the present matter.
23

24

25


NOTICE OF SETTLEMENT
- 1 -

RESPECTFULLY SUBMITTED,

DATED: April 13, 2016                    WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2016, I filed the forgoing document with the Clerk of the Court using the CM/ECF System, which provided notice of said filing to the following:

Samy S. Henein
Suppa, Trucchi & Henein, LLP
3055 India Street
San Diego, CA 92103
Email: Samyhenein@aol.com

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff